**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-14853 JGR |
| Happy Beavers, LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**ANGRY BEAVERS, LLC'S NOTICE**
**PURSUANT TO 11 U.S.C. § 546(b)**

Angry Beavers, LLC ("Angry Beavers"), secured creditor herein, hereby gives notice pursuant to 11 U.S.C. § 546(b) in lieu of seizure of property or commencement of an action (the "Notice") to perfect Angry Beavers' security interest in and lien on all existing and future rents, issues, profits and revenues derived from or arising in connection with the Debtor's ownership or operation of certain real property and improvements located at 697 N. Denver Avenue, #128, Loveland, Colorado 80537 (the "Property"). In support of this Notice, Angry Beavers states as follows:

1. Happy Beavers, LLC (the "Debtor") commenced the above-captioned Chapter 11 Subchapter V case by filing its Voluntary Petition on July 17, 2020 (the "Petition Date"), prior to a scheduled foreclosure by Great Western Bank of its deed of trust relating to the Property.

2. The Debtor is indebted to Angry Beavers pursuant to a Promissory Note dated April 26, 2017 in the principal amount of $300,000.00 (the "Note"). A copy of the Note is attached hereto as **Exhibit A.**

3. The Note is secured by a Deed of Trust dated April 26, 2017 which contains, among other things, in Paragraph 20, an Assignment of Rents, a copy of which is attached hereto as **Exhibit B**. The Deed of Trust was recorded in the Office of the Clerk and Recorder of Larimer County on April 27, 2017, at Reception #20170027245. Angry Beavers, LLC executed a Subordination Agreement with Great Western Bank, a copy of which was recorded in the Office of the Clerk and Recorder of Larimer County on April 28, 2017, at Reception # #20170027558.

4. The Note is also guaranteed by Richard Weingarten, Chee Wei Fong, Armed Beavers, LLC, and Gunsmoke, LLC. A copy of the Guaranty is attached hereto as **Exhibit C**. Armed Beavers, LLC is a chapter 11 debtor in Case No. 20- 14963 JGR and Gunsmoke, LLC is a chapter 11 debtor in Case No. 20-14962 JGR.

5. The Note, Deed of Trust and Guaranty are hereinafter referred to as the "Loan Documents."

6. Under the terms of the Loan Documents, and in particular the Deed of Trust with its Assignment of Rents, Angry Beavers is the assignee of all rents, issues, profits, and income generated from the Property. Angry Beavers hereby notifies the Debtor that it does not consent to the use of any of the rents, issues, profits, or income produced by the Property for any purpose

whatsoever.

7. Without waiving or otherwise limiting any of its rights under or pursuant to the Deed of Trust with its Assignment of Rents, Angry Beavers further states the following:

(a) The Loan Documents provide, among other things, that all rents, profits and income of the Property have been assigned to Angry Beavers as additional security for the obligations owing under the Note. Angry Beavers hereby gives notice that, to the extent it does not, under applicable law, already possess a perfected interest in rents, issues, profits and income of the Property, Angry Beavers hereby perfects its interest in such rents, issues, profits and income pursuant to the applicable provisions of the Deed of Trust , Note, Guaranty ,the Bankruptcy Code and applicable non-bankruptcy law.

(b) Pursuant to 11 U.S.C. § 363(a), the rents and income generated by the Property are. Angry Beavers' cash collateral. Angry Beavers does not consent to the use of its cash collateral by the Debtor.

(c ) Angry Beavers notifies the Debtor that it is required to fully comply with 11 U.S.C. § 363(c), including without limitation, the requirement that it segregate and account for all of Angry Beavers' cash collateral which comes in the Debtor's possession or control from and after the filing of the Chapter 11 Voluntary Petition.

Respectfully submitted this 11th day of August 2020.

NEMIROW PEREZ, P.C.

BY: *s/Nancy D. Miller*
 Nancy D. Miller
 P.O. Box 1015
 Boulder, Colorado 80306-1015
 Phone: (303) 525-3196
 Nmiller@nemirowperez.com

 ATTORNEYS FOR ANGRY BEAVERS, LLC;
 EDWARD J. KLEN; STEPHEN J. KLEN

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 11, 2020, a true and correct copy of the foregoing ANGRY BEAVERS, LLC'S NOTICE PURSUANT TO 11 U.S.C. § 546(b) was served on the following via CM/ECF and/or deposited in the United States Mail, first class postage post prepaid :

Gerald L. Jorgensen
Jorgensen, Brownell & Pepin
900 S. Main St., Ste. 100
Longmont, CO 80501-6467
gerald@jbplegal.com

John Smiley
600 17th St. Ste 2800S
Denver, CO 80202-5428
jcsmiley@smileytrustee.com

Alison Goldenberg
Byron G. Rogers Federal Building
1961 Stout St., Ste 12-200
Denver, CO 80294-6004
Alison.goldenberg@usdoj.gov

Michael C. Payne
1711 61st Avenue, Suite 100
Greeley, Colorado 80634
mpayne@cp2law.com

US Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste 12-200
Denver, CO 80294-6004

Armed Beavers, LLC
c/o Gerald L. Jorgensen
Jorgensen, Brownell & Pepin
900 S. Main St., Ste. 100
Longmont, CO 80501-6467
gerald@jbplegal.com

Ingrid DeFranco, Esq.
Law Office of Ingrid J. DeFranco
P.O. Box 128
Brighton, Colorado 80601-0128
Ingrid.defranco@gmail.com

Gunsmoke, LLC
 c/o Gerald L. Jorgensen
Jorgensen, Brownell & Pepin
900 S. Main St., Ste. 100
Longmont, CO 80501-6467
gerald@jbplegal.com

Richard Weingarten
P.O. Box 356
Erie, CO 80516

 Chee Wei Fong
 3751 W. 136th Avenue, Unit S2,
 Broomfield, CO 80023

Happy Beavers LLC
697 N Denver Ave.
Suite 128
Loveland, CO 80537

                                                                                      *s/ Nancy D. Miller*