UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | 1:20-BK-14853 |
| HAPPY BEAVERS, LLC | ) | |
| EIN:81-4752301 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF COUNSEL
FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**

Gunsmoke, LLC, debtor and Debtor-in-Possession (the "Debtor"), submits this application (the "Application") pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 2014(a) for an order authorizing the Debtor to employ and retain the firm of Jorgensen, Brownell & Pepin, P.C. ("Firm") as attorneys in this chapter 11 case. In support of this Application, the Debtor respectfully represents to this Honorable Court as follows:

1.      On July 17, 2020 this case was commenced by the filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court").

2.      The Debtor intends to continue in the possession of his property as Debtor-in-Possession pursuant to § 1107 and § 1108 of the Bankruptcy Code.

3.      The Debtor is a resident of Larimer County.

4.      The Debtor desires to retain and employ Jorgensen, Brownell & Pepin, P.C. pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) to perform all legal services in these proceedings as more fully set forth below.

5.      In order to enable the Debtor to perform his duties as Debtor-in-Possession and to effect the proper and expeditious administration of this case, Jorgensen, Brownell & Pepin, P.C. will be required to render legal services to the Debtor in connection with this proceeding, including, but not limited to, the following:

a)      Assisting and advising the Debtor relative to the administration of this proceeding;

b)      Representing the Debtor before the Bankruptcy Court and advising the Debtor on all pending litigations, hearings, motions, and of the decisions of the Bankruptcy Court;

c)    Reviewing and analyzing all applications, orders, and motions filed with the Bankruptcy Court by third parties in this proceeding and advising the Debtor thereon;

d)    Attending all meetings conducted pursuant to section 341(a) of the Bankruptcy Code and representing the Debtor at all examinations;

e)    Communicating with creditors and all other parties in interest;

f)    Assisting the Debtor in preparing all necessary applications, motions, orders, supporting positions taken by the Debtor, and preparing witnesses and reviewing documents in this regard;

g)    Conferring with all other professionals, including any accountants and consultants retained by the Debtor and by any other party in interest;

h)    Assisting the Debtor in its negotiations with creditors or third parties concerning the terms of any proposed plan of reorganization;

i)    Preparing, drafting and prosecuting the plan of reorganization and disclosure statement; and

j)    Assisting the Debtor in performing such other services as may be in the interest of the Debtor and the Estate and performing all other legal services required by the Debtor.

6.    The Debtor believes that Jorgensen, Brownell & Pepin, P.C. is well-qualified to be counsel to the Debtor, having ample experience in bankruptcy and insolvency matters.

7.    As set forth in the Affidavit of Gerald L. Jorgsenen (the "Affidavit"), attached and incorporated herein as Exhibit #1, Jorgensen, Brownell & Pepin, P.C. represents no interest adverse to the estate regarding the matters upon which it is to be engaged, and is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b). Jorgensen, Brownell & Pepin, P.C. will not, while retained by the Debtor, represent any other party in interest in connection with this case.

8.    The members and associates of Jorgensen, Brownell & Pepin, P.C. do not have any connection with the Debtor (other than as Debtor's attorneys), the Debtor's affiliates, partners, creditors, stockholders, any other party in interest, the United States trustee, or any person employed in the office of the United States trustee.

9.    The employment of Jorgensen, Brownell & Pepin, P.C. is in the best interests of the Debtor, the creditors and the estate.

10.    Jorgensen, Brownell & Pepin, P.C. will charge fees and expenses incurred in representing the Debtor in these proceedings based on the normal rates charged by the attorneys

and paralegals of Jorgensen, Brownell & Pepin, P.C. for similar clients, currently $400.00/hr. for Gerald Jorgensen. Such rates are subject to periodic review and change, usually on an annual basis. Jorgensen, Brownell & Pepin, P.C. will seek compensation for services rendered and expenses incurred upon appropriate application to the court pursuant to §330 and §331 of the Bankruptcy Code and Bankruptcy Rules.

**WHEREFORE,** the Debtor requests authorization to retain and employ the law firm of Jorgensen, Brownell & Pepin, P.C. as counsel to assist in the performance of his functions and otherwise with respect to this case pursuant to § 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), and for such other relief as the Court deems just and proper.

*July 20, 2020*

Respectfully submitted,

By: */s/ Gerald L. Jorgensen*
Gerald L. Jorgensen #18855
Jorgensen, Brownell & Pepin P.C.
5285 McWhinney Blvd., Suite 100
Loveland, CO 80538
Phone : (970) 304-0075
Fax : (970) 351-8421
Email : gerald@jbplegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and/or via e-mail to the following address:

Alison Goldenberg
Alison.Goldenberg@usdoj.gov
*U.S. Trustee*

Michael Payne
Mpayne@cp2law.com
*Counsel for Great Western Bank*

Roger E. Clark
Rclarklaw@yahoo.com
*Counsel for Edward and Stephen Klen*