UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-14962 JGR |
| GUNSMOKE, LLC ) | |
| EIN: 27-0247683 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-14853 JGR |
| HAPPY BEAVERS, LLC ) | |
| EIN: 81-4752301 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| _____ ) | |
| ) | Case No. 20-14963 JGR |
| ARMED BEAVERS, LLC ) | |
| EIN: 81-4763324 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |

**MOTION FOR JOINT ADMINISTRATION**

The Debtors and Debtors-in-Possession, Gunsmoke, LLC, Happy Beavers, LLC, and Armed Beavers, LLC by and through their attorneys, JORGENSEN, BROWNELL & PEPIN, P.C. move the Court for an Order for Joint Administration pursuant to L.B.R. 1015-1 and Bankruptcy Rule 1015 of the three Chapter 11 cases captioned Happy Beavers, LLC, Case No. 20-14853 JGR; Armed Beavers, LLC, Case No. 20-14963 JGR, and Gunsmoke, LLC, Case No. 20-14962 JGR; and, as grounds therefore, states as follows:

INTRODUCTION

1. Happy Beavers, LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 17, 2020 and remains a debtor-in-possession.

2. Armed Beavers, LLC filed for relief under Chapter 11 of the Bankruptcy Code on July 22, 2020 and remains a debtor-in-possession.

3. Gunsmoke, LLC filed for relief under chapter 11 of the Bankruptcy Code on July 22, 2020 and remains a debtor-in-possession.

4. Happy Beavers, LLC, Armed Beavers, LLC and Gunsmoke, LLC are interlocked companies used by third parties: Chee Wei Fong and Richard Weingarten, for the operation of an indoor shooting range and retail gun shop (operating under the trade name: Front Range Gun Club) located at 697 N. Denver Ave., Loveland, Colorado 880537 (the "Property"). Happy Beavers, LLC, holds title to the real estate and has encumbered the real estate, fixtures and inventory. The inventory control is vested in Armed Beavers, LLC (that has also encumbered the fixtures and inventory) and the day-to-day sales and cashflows are handled through Gunsmoke, LLC (that is a wholly owned subsidiary of Armed Beavers, LLC). Gunsmoke, LLC technically leases the facility from Happy Beavers, LLC which that in-turn pays mortgage payments to creditors.

5. Gunsmoke, LLC is wholly owned by Armed Beavers, LLC which is wholly owned by Chee Wei Fong and Richard Weingarten. Happy Beavers, LLC is also wholly owned by Chee Wei Fong and Richard Weingarten. Chee Wei Fong and Richard Weingarten also run the day-to-day operations of Front Range Gun Club and they manage control of all three debtor entities.

6. The issues that will need to be resolved in the Debtors' cases will be, to a great extent, identical. The cases will involve common factual and legal issues and overlapping encumbrances.

7. The Happy Beavers, LLC Chapter 11 case was the earlier-filed case. Accordingly, pursuant to Local Bankruptcy Rule 1015-1, joint administration should occur under that case.

8. A similar Motion for Joint Administration is being filed in the affiliated cases for Armed Beavers, LLC and Gunsmoke, LLC.

9. Substantive Consolidation of the three cases is also being requested under separate motion filed contemporaneously herewith.

WHEREFORE, the debtors pray that the Gunsmoke, LLC's, Armed Beavers, LLC's and Happy Beavers, LLC's Chapter 11 cases be jointly administered and under the Happy Beavers, LLC Chapter 11 case pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1; that the three cases be jointly administered under the Happy Beavers, LLC Case No. 20-14853 JGR; and for such further and additional relief as to the Court may appear proper.

Dated: August 16, 2020                              Respectfully submitted,

By: */s/ Gerald L. Jorgensen*
Gerald L. Jorgensen #18855
JORGENSEN, BROWNELL & PEPIN P.C.
5285 McWhinney Blvd., Suite 100
Loveland, CO 80538
Phone : (970) 304-0075
Fax : (970) 351-8421
Email : gerald@jbplegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and/or via e-mail to the following address:

Alison Goldenberg
Alison.Goldenberg@usdoj.gov
*U.S. Trustee*

Michael Payne
Mpayne@cp2law.com
*Counsel for Great Western Bank*

Nancy Miller
NMiller@nemirowperez.com
*Counsel for Klen's and Angry Beavers*

*Ingrid J. DeFranco*
*Ingrid.defranco@gmail.com*
*Counsel for Klen's and Angry Beavers*