# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-14853-JGR |
| | ) | |
| Happy Beavers, LLC, | ) | Chapter 11 |
| EIN: 81-4752301 | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## RESPONSE TO MOTION TO PROHIBIT USE OF CASH COLLATERAL

Debtor and Debtor-in-Possession, Happy Beavers, LLC, by and through counsel Gerald Jorgensen of Jorgensen, Brownell & Pepin, hereby files their response to Creditor Great Western Bank's *Motion to Prohibit Use of Cash Collateral* filed on August 4, 2020, and in support thereof states as follows:

1. Debtor files contemporaneously herewith a *Motion for Authority to Use Cash Collateral* (hereinafter "Motion") which requests the Court allow the Debtor to use cash collateral on an interim and final basis while providing adequate protection for the Debtor's use of cash collateral to the secured creditor's interest.

2. Approval of the Motion is necessary to prevent immediate harm to the Estate and to allow the debtor to continue operating the business, which will protect the creditor's interest by ensuring there are sufficient funds to pay creditors through the Chapter 11 bankruptcy plan.

3. If the Debtor is ordered to cease the spending of proceeds from the prepetition inventory and accounts receivable and to cease the use of rent and income generated by the property, the Debtor will be unable to continue to operate the business. Happy Beavers, LLC receives income through rental payments from Gunsmoke, LLC. These funds are used to pay professional fees, payments on notes, taxes and maintenance. Gunsmoke, LLC and Armed

Beavers, LLC receive income through cash sales and accounts receivable. These funds are used to pay all the expenses associated with operating the business.

        4.        If the Debtor is prohibited from using any cash collateral, the Debtor will be unable to continue operating the business and generating revenue. This would be detrimental for the creditors; if business operations cease there will be no income to pay the creditors. The purpose of the Chapter 11 reorganization is to allow the Debtor in Possession to continue to operate their business while also creating a plan which will allow the Debtor to pay creditors.

WHEREFORE, the Debtor and Debtor in Possession respectfully requests the Court DENY Great Western Bank's *Motion to Prohibit Use of Cash Collateral* filed on August 4, 2020, and GRANT the Debtors *Motion for Authority to Use Cash Collateral* filed contemporaneously herewith.

Dated: August 17, 2020

Respectfully submitted,

By: */s/ Gerald L. Jorgensen*
Gerald L. Jorgensen #18855
Jorgensen, Brownell & Pepin P.C.
5285 McWhinney Blvd., Suite 100
Loveland, CO 80538
Phone : (970) 304-0075
Fax : (970) 351-8421
Email : gerald@jbplegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and/or via e-mail to the following address:

Alison Goldenberg
Alison.Goldenberg@usdoj.gov
*U.S. Trustee*

Michael Payne
Mpayne@cp2law.com
*Counsel for Great Western Bank*

Nancy Miller
NMiller@nemirowperez.com
*Counsel for Klen's and Angry Beavers*

Ingrid J. DeFranco
Ingrid.defranco@gmail.com
*Counsel for Klen's and Angry Beaver*