| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Happy Beavers LLC (Business Name) | Case #: | 1:20-BK-14853 |
| Debtor 2: ___ (First Name / Middle Name / Last Name) | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection Deadline: October 12, 2020

### Part 2  Notice

NOTICE IS HEREBY GIVEN that Happy Beavers LLC (the "Movant"), has filed a motion/application **Motion for Clarification on Retainer Payments [motion title]** (the "Motion"), with the Court and requests the following relief: **request to move the retainer in the amount of $10,000 from the Gunsmoke LLC account to the Happy Beavers LLC account and to clarify retainer payments made by the entities for the Court.**

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: September 28, 2020         By: _____

Gerald L. Jorgensen
Mailing Address:    900 S. Main St, Longmont, CO
Telephone number:  (303) 678-0560
E-mail address:    gerald@jbplegal.com