**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>HAPPY BEAVERS, LLC,<br>EIN:  81-4752301<br><br><br>         Debtor. | Case No. 20-14853-JGR<br>Chapter 11, Subchapter V |

**ORDER GRANTING EX PARTE MOTION FOR**
**ORDER AUTHORIZING RULE 2004 EXAMINATION**
**(BROKER JOSEPH PALIERI II)**

THIS MATTER is before the Court on the *Ex Parte* Motion for Rule 2004 Examination of Broker Joseph Palieri II (the "Motion"), filed by Angry Beavers, LLC, Edward Klen and Stephen Klen (the "Movants").  The Court having reviewed the Motion and being adequately advised in the premises, hereby

ORDERS the Motion is GRANTED, and

FURTHER ORDERS that pursuant to Fed.R.Bankr.P. 2004 and subject to the provisions of Fed.R.Bankr.P. 9016, Fed.R.Civ.P. 45 and L.B.R. 2004-1, Movants are authorized to examine the Broker Joseph Palieri II, and to seek production of documents.

Dated: November 13, 2020.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge
