**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>HAPPY BEAVERS LLC<br>EIN: 81-4752301<br><br>Debtor. | Case No. 20-14853-JGR<br>Chapter 11, Subchapter V |

**ORDER VACATING EVIDENTIARY HEARING**

THIS MATTER comes before the Court *sua sponte*. On November 30, 2020, the Court entered a stipulated Final Order Authorizing Use of Cash Collateral. Accordingly, the evidentiary hearing on Motion to Prohibit Use of Cash Collateral filed by Great Western Bank (Doc. 34); the Motion to Prohibit Use of Cash Collateral filed by Angry Beavers, LLC (Doc. 40); the Response thereto filed by the Debtor, Happy Beavers, LLC (Doc. 59); the Motion to Use Cash Collateral filed by the Debtor (Doc. 46); and the Objections thereto filed by Angry Beavers, LLC (Doc. 60) and Great Western Bank (Doc. 61) scheduled for Wednesday, December 2, 2020 at 9:00 a.m. is hereby **VACATED.**

Dated this 30th day of November, 2020.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge