**Fill in this information to identify the case:**

Debtor Name  Happy Beavers, LLC

United States Bankruptcy Court for the: District of Colorado

Case number: 1:20-BK-14853

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:  November

Line of business:  Happy Beavers

Date report filed: 12/17/2021
MM / DD / YYYY

NAISC code: 713990

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Chee Wei Fong and Richard Weingarten

Original signature of responsible party

Printed name of responsible party  Chee Wei Fong and Richard Weingartejn

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____   Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?          ❑   ❑   ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑   ❑   ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous     $ _____
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
   cash received even if you have not deposited it at the bank, collections
   on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.                                  $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D*.
                                                                        - $ _____
   Report the total from *Exhibit D* here.

22. **Net cash flow**
                                                                        + $ _____
   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.
                                                                        = $ _____
   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
   have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
   purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                    $ _____

   *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                              $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                      _____

27. What is the number of employees as of the date of this monthly report?                       _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                     $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____

30. How much have you paid this month in other professional fees?                                               $ _____

31. How much have you paid in total other professional fees since filing the case?                              $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                          $ _____

36. Total projected cash disbursements for the next month:                                                  − $ _____

37. Total projected net cash flow for the next month:                                                        = $ _____

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Cash Basis   Happy Beavers, LLC

# Cash Receipts Exhibit C

## As of        November-21

| Type | Date | Name | Purpose | Paid Amount |
|------|------|------|---------|-------------|
| Deposit | 11/01/2021 | Gunsmoke LLC | Rental Income | 15,000.00 |

# Cash Disbursements Exhibit D

## As of                            November-21

| Type | Date | Num | Name | Purpose | Paid Amount |
|------|------|-----|------|---------|-------------|
| Check | 11/01/2021 | 1057 | Great Western Bank | Interest - Great Western | -1000 |
| Check | 11/08/2021 | 1058 | Great Western Bank | Interest - Great Western | -1000 |
| Check | 11/15/2021 | 1059 | Great Western Bank | Interest - Great Western | -1000 |
| Check | 11/22/2021 | 1060 | Great Western Bank | Interest - Great Western | -1000 |
| Check | 11/29/2021 | 1061 | Great Western Bank | Interest - Great Western | -1000 |
| | | | | | (5,000.00) |

# Initiate Business Checking℠

November 30, 2021 ■ Page 1 of 4



HAPPY BEAVERS LLC
DEBTOR IN POSSESSION
CH11 CASE # 20-14853 (CO)
3751 W 136TH AVE UNIT S2
BROOMFIELD CO 80023-8149

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $50,147.87 |
| Deposits/Credits | 15,000.00 |
| Withdrawals/Debits | - 5,000.00 |
| Ending balance on 11/30 | $60,147.87 |

Account number: ▮▮▮▮5295

HAPPY BEAVERS LLC
DEBTOR IN POSSESSION
CH11 CASE # 20-14853 (CO)

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

November 30, 2021 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 11/1 | 1057 | Check | | 1,000.00 | 49,147.87 |
| 11/2 | | Online Transfer From Gunsmoke LLC Business Checking xxxxxx5947 Ref #Ib0Crvq8Lt on 11/02/21 | 15,000.00 | | 64,147.87 |
| 11/10 | 1058 | Check | | 1,000.00 | 63,147.87 |
| 11/16 | 1059 | Check | | 1,000.00 | 62,147.87 |
| 11/23 | 1061 | Check | | 1,000.00 | 61,147.87 |
| 11/30 | 1060 | Check | | 1,000.00 | 60,147.87 |
| Ending balance on 11/30 | | | | | 60,147.87 |
| Totals | | | $15,000.00 | $5,000.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1057 | 11/1 | 1,000.00 | 1059 | 11/16 | 1,000.00 | 1061 | 11/23 | 1,000.00 |
| 1058 | 11/10 | 1,000.00 | 1060 | 11/30 | 1,000.00 | | | |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2021 - 11/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $62,148.00 ☑ |
| • Minimum daily balance | $500.00 | $49,147.87 ☑ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

November 30, 2021 ■ Page 4 of 4



## General statement policies for Wells Fargo Bank

• Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                $ _____
   register or transfers into                 $ _____
   your account which are not                 $ _____
   shown on your statement.                 + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____
   .

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**9:03 PM**

**12/04/21**

# Happy Beavers, LLC
# Reconciliation Detail
### Happy Beavers Wells Fargo DIP, Period Ending 11/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 50,147.87 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 11/01/2021 | 1057 | Great Western Bank | X | -1,000.00 | -1,000.00 |
| Check | 11/08/2021 | 1058 | Great Western Bank | X | -1,000.00 | -2,000.00 |
| Check | 11/15/2021 | 1059 | Great Western Bank | X | -1,000.00 | -3,000.00 |
| Check | 11/22/2021 | 1060 | Great Western Bank | X | -1,000.00 | -4,000.00 |
| Check | 11/29/2021 | 1061 | Great Western Bank | X | -1,000.00 | -5,000.00 |
| | | Total Checks and Payments | | | -5,000.00 | -5,000.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/01/2021 | | Gunsmoke LLC | X | 15,000.00 | 15,000.00 |
| | | Total Deposits and Credits | | | 15,000.00 | 15,000.00 |
| | | Total Cleared Transactions | | | 10,000.00 | 10,000.00 |
| Cleared Balance | | | | | 10,000.00 | 60,147.87 |
| Register Balance as of 11/30/2021 | | | | | 10,000.00 | 60,147.87 |
| **Ending Balance** | | | | | **10,000.00** | **60,147.87** |

**9:03 PM**

**12/04/21**

**Happy Beavers, LLC**

# Reconciliation Summary

**Happy Beavers Wells Fargo DIP, Period Ending 11/30/2021**

|  | Nov 30, 21 |
|---|---|
| **Beginning Balance** | 50,147.87 |
| **Cleared Transactions** | |
| **Checks and Payments - 5 items** | -5,000.00 |
| **Deposits and Credits - 1 item** | 15,000.00 |
| **Total Cleared Transactions** | 10,000.00 |
| **Cleared Balance** | **60,147.87** |
| **Register Balance as of 11/30/2021** | 60,147.87 |
| **Ending Balance** | 60,147.87 |

9:05 PM

12/04/21

Cash Basis

**Happy Beavers, LLC**
# Balance Sheet
**As of November 30, 2021**

|  | Nov 30, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Happy Beavers Wells Fargo DIP | 60,147.87 |
| **Total Checking/Savings** | 60,147.87 |
| **Other Current Assets** | |
| Inventory Asset | 34,559.29 |
| **Total Other Current Assets** | 34,559.29 |
| **Total Current Assets** | 94,707.16 |
| **Fixed Assets** | |
| Accumulated Depreciation | -1,109,122.00 |
| Building | 3,083,982.75 |
| Furniture and Equipment | 1,493,979.00 |
| **Total Fixed Assets** | 3,468,839.75 |
| **Other Assets** | |
| Prepaid Legal | 10,000.00 |
| **Total Other Assets** | 10,000.00 |
| **TOTAL ASSETS** | **3,573,546.91** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Chee Wei Fong Liablity | 50,000.00 |
| Richard Weingarten Liability | 65,000.00 |
| **Total Other Current Liabilities** | 115,000.00 |
| **Total Current Liabilities** | 115,000.00 |
| **Long Term Liabilities** | |
| Loan- Angry Beavers, LLC | 364,693.65 |
| Loan- Great Western Bank | 3,581,967.40 |
| **Total Long Term Liabilities** | 3,946,661.05 |
| **Total Liabilities** | 4,061,661.05 |
| **Equity** | |
| Chee Wei Fong | -137,883.52 |
| Intercompany Transfer | 72,844.44 |
| Retained Earnings | -112,660.37 |
| Richard Weingarten | -137,883.51 |
| Net Income | -172,531.18 |
| **Total Equity** | -488,114.14 |
| **TOTAL LIABILITIES & EQUITY** | **3,573,546.91** |

9:06 PM

12/04/21

Cash Basis

**Happy Beavers, LLC**
**Profit & Loss**
November 2021

|  | Nov 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 15,000.00 |
| Sales | 7.32 |
| **Total Income** | 15,007.32 |
| **Gross Profit** | 15,007.32 |
| **Expense** | |
| Interest - Angry Beavers | 3,162.56 |
| Interest - Great Western | 20,602.85 |
| Late Fees Angry Beavers | 94.90 |
| Late Fees Great Western | 0.00 |
| **Total Expense** | 23,860.31 |
| **Net Ordinary Income** | -8,852.99 |
| **Net Income** | **-8,852.99** |

9:04 PM

12/04/21

Cash Basis

# Happy Beavers, LLC
# Profit & Loss
### January through November 2021

|  | Jan - Nov 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | 212,347.20 |
| **Sales** | 178.33 |
| **Total Income** | 212,525.53 |
| **Gross Profit** | 212,525.53 |
| **Expense** | |
| **Accounting** | 2,070.00 |
| **Association Fees** | 23,208.87 |
| **Interest - Angry Beavers** | 33,273.89 |
| **Interest - Great Western** | 213,941.64 |
| **Late Fees Angry Beavers** | 1,043.90 |
| **Late Fees Great Western** | 0.00 |
| **Legal** | 74,800.62 |
| **Taxes - Property** | 36,717.79 |
| **Total Expense** | 385,056.71 |
| **Net Ordinary Income** | -172,531.18 |
| **Net Income** | **-172,531.18** |